**Order entered January 22, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01498-CV

## IN RE FISHER & PAYKEL APPLIANCES, INC., Relator

**Original Proceeding from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-00175**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of
mandamus. We **ORDER** that relator bear the costs of this original proceeding.

.

/s/     DAVID EVANS
        JUSTICE